UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-7450 MRW | Date | December 2, 2016 |
|---|---|---|---|
| Title | Jacobo v. Casual Mail Store | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**            ORDER TO SHOW CAUSE RE: DISMISSAL OF CIVIL ACTION

Plaintiff filed this civil action on October 4, 2016.  The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program.  The Court issued an order on October 25, 2016 instructing Plaintiff to promptly serve the complaint on the named defendant(s) and file a proof of service with the Court.  The Court's order also required Plaintiff to file a report regarding the status of the action.

To date, Plaintiff has neither served the complaint nor filed the required report as ordered by the Court.  Therefore, Plaintiff is ORDERED to show cause why: (a) the action should not be dismissed under Federal Rules of Civil Procedure 4 and 41 for failure to prosecute; or (b) Plaintiff's attorney should not be sanctioned for failure to comply with a federal court order. Plaintiff may discharge this order by filing a statement regarding the status of the action (not to exceed 3 pages) plus proof of service of process by or before <u>December 23, 2016</u>.