# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-7450 MRW | Date | December 27, 2016 |
|---|---|---|---|
| Title | Jose Amador Jacobo v. Casual Male Store | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: NOTICE TO DISMISS CASE

    Plaintiff filed a notice of voluntary dismissal in this case. (Docket # 10.)  This action is dismissed in its entirety.